5274/Compt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CARBAMERICAS, INC.

        CASE NO.

    Plaintiff,

vs.

SCHENKER, INC. d/b/a
SCHENKER OCEAN,
SCHENKER PERU, S.R.L. d/b/a
SCHENKER OCEAN and
MITSUI O.S.K. LINES, LTD.,

    Defendants.
_____/

## **C O M P L A I N T**

COMES NOW the Plaintiff, CARBAMERICAS, INC., by and through its undersigned attorney, and sues the Defendants, SCHENKER, INC. d/b/a SCHENKER OCEAN, SCHENKER PERU, S.R.L. d/b/a SCHENKER OCEAN and MITSUI O.S.K. LINES, LTD., and alleges that:

1. This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Plaintiff, CARBAMERICAS, INC., is a Florida Corporation doing business in Miami, Dade County, Florida and was the consignee of the subject cargos hereinbelow described.

3. The Defendant, SCHENKER, INC. is a Florida corporation d/b/a SCHENKER OCEAN, and at all times material hereto was doing business in Miami, Florida as a non-vessel operating common carrier of merchandise-by-water-for-hire

responsible for the transportation of the subject shipment and issued its contract of carriage attached hereto as Exhibit "A".

4. The Defendant, SCHENKER PERU, S.R.L. d/b/a SCHENKER OCEAN is a foreign company and at all times material hereto was doing business in Miami, Florida as a non-vessel operating common carrier of merchandise-by-water-for-hire responsible for the transportation of the subject shipment and issued its contract of carriage attached hereto as Exhibit "A".

5. The Defendants, SCHENKER, INC. d/b/a SCHENKER OCEAN, SCHENKER PERU, S.R.L. d/b/a SCHENKER OCEAN, will be collectively referred to as "SCHENKER".

6. The Defendant, MITSUI O.S.K. LINES, LTD., hereinafter referred to as "MOL", is a foreign corporation doing business in Miami-Dade County, Florida as a common carrier of merchandise for hire and was the actual carrier of the subject merchandise hereinbelow described who also issued its contract of carriage attached hereto as Exhibit "B".

7. The foreign Defendants herein, subjected themselves to the jurisdiction of this Court, pursuant to Florida Statute § 48.193, by personally or through an agent doing one or more of the acts enumerated in the subsection contained in Florida Statute § 48.193.

8. On or about December 20, 2012, the Defendants received a container of fresh mangos in good order and condition for ocean transportation from Paita, Peru to Miami, Florida.

9. The subject container arrived at destination with damages which occurred during the transportation of the subject cargo while in the care, custody and control of the Defendants.

10. The Plaintiff has been damaged in a total amount in excess of Twenty Three Thousand Six Hundred Eight and 88/100 dollars ($23,608.88).

11. The Plaintiff has complied with all conditions precedent to the bringing of this action.

## COUNT I- COGSA AS TO SCHENKER

The Plaintiff realleges and repeats paragraphs 1 through 11 as if set forth herein at length and further alleges that:

12. On or about December 20, 2012, the Defendant, SCHENKER, contracted and agreed to deliver container #MORU0005340 consisting of 5,704 boxes of fresh mangos in good order and condition and, as evidence of that agreement, issued its Bill of Lading #PELIM5910200740.  See Exhibit "A".

13. SCHENKER breached its contract of carriage by failing to deliver the cargo in the same good order and condition as when received.

14. As a result thereof, the Plaintiff has been damaged in an amount in excess of $23,608.88.  The Plaintiff reserves the right to amend this amount at the time of trial.

## COUNT II - COGSA AS TO MOL

15. The Plaintiff realleges and repeats paragraphs 1 through 11 as if set forth herein at length and further alleges that:

16. On or about December 20, 2012, the Defendant, SCHENKER, subcontracted with MOL to perform the actual transportation of the cargo consisting of 5,704 boxes of fresh mangos and MOL agreed to deliver same at destination in good order and condition and, as evidence of that agreement, issued its Bill of Lading #MOLU27801389539.  See Exhibit "B".

17. The Plaintiff is an intended Third party beneficiary of the contract entered into between SCHENKER and MOL.

18. MOL breached its contract of carriage by failing to deliver the cargo in the same good order and condition as when received.

19. As a result thereof, the Plaintiff has been damaged in an amount in excess of $23,608.88.  The Plaintiff reserves the right to amend this amount at the time of trial.

**WHEREFORE**, the Plaintiff, CARBAMERICAS, INC., prays that judgment be entered against the Defendants, SCHENKER, INC. d/b/a SCHENKER OCEAN, SCHENKER PERU, S.R.L. d/b/a SCHENKER OCEAN and MITSUI O.S.K. LINES LTD., jointly and severely, in favor of the Plaintiff in the amount of Twenty Three Thousand Six Hundred Eight and 88/100 dollars ($23,608.88) or as otherwise determined by this Court together with prejudgment interest, costs and such other relief as this Court may deem just and proper.

December 30, 2013
Miami, Florida                                                      By:   *S/Michael C. Black*
                                                                    Michael C. Black, Esquire
                                                                    F.B.N. 0056162
                                                                    mblack@marlaw.com
                                                                    CASSIDY & BLACK, P.A.
                                                                    Dadeland Square at the Greenery Mall
                                                                    7700 North Kendall Drive, Suite 505
                                                                    Miami, Florida 33156
                                                                    Telephone:   (305) 271-8301
                                                                    Facsimile:    (305) 271-8302
                                                                    *Counsel for Plaintiff*